UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES C. BURDULIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 26cr10080<br><br>Violation:<br><br>Count One: Receiving Stolen Government Money or Property<br>(18 U.S.C. § 641)<br><br>Count Two: False Statements<br>(18 U.S.C. § 1001(a)(2))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)) |

## INFORMATION

### COUNT ONE
Receiving Stolen Government Money or Property
(18 U.S.C. § 641)

The United States Attorney charges:

From in or about June 2019 through in or about June 2025, in the District of Massachusetts, the defendant,

JAMES C. BURDULIS,

did, on a recurring basis, knowingly and willfully receive, conceal, and retain, with the intent to convert to his own use or gain, any money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $63,959 in Social Security Title II Retirement Insurance Benefits and Title XVI Supplemental Security Income retirement benefits, which he knew to have been embezzled, stolen, purloined, or converted.

All in violation of Title 18, United States Code, Section 641.

COUNT TWO
False Statements
(18 U.S.C. § 1001(a)(2))

The United States Attorney further charges:

On or about June 24, 2024, in the District of Massachusetts, the defendant,

JAMES C. BURDULIS,

knowingly and willfully made and used a materially false, fictitious, and fraudulent statement or representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, he submitted a Representative Payee Report to the Social Security Administration stating that he spent $11,353 in Social Security benefits for an intended Social Security beneficiary, PERSON 1, between June 1, 2023 and May 31, 2024, and that PERSON 1 continued to live alone, or with the same person, or in the same institution from June 1, 2023 to May 31, 2024.   The document was fraudulent because, as BURDULIS then and there knew, PERSON 1 died on May 10, 2019.   The document was material because, as BURDULIS then and there knew, PERSON 1 was ineligible for Social Security benefits after his death and the Social Security Administration would have stopped paying benefits if BURDULIS had reported PERSON 1's death.

All in violation of Title 18, United States Code, Section 1001(a)(2).

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.     Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count One, the defendant,

JAMES C. BURDULIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.   The property to be forfeited includes, but is not limited to, the following asset:

a.   $63,959, to be entered in the form of a forfeiture money judgment.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

4

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:                _____

JAMES J. NAGELBERG
Special Assistant United States Attorney

Dated:   <u>March 19, 2026</u>